# THE LAW OFFICES OF
# FREDERICK K. BREWINGTON

*Attorneys and Counselors at Law*

556 Peninsula Blvd., Hempstead, New York 11550
Phone: 516-489-6959 • Fax: 516-489-6958 www.brewingtonlaw.com

**Frederick K. Brewington**
**Ira Fogelgaren**

June 14, 2016

**_VIA ELECTRONIC CASE FILING_**
Honorable Joan M. Azrack
United States District Court Judge
United States District Court
Eastern District of New York
Long Island Federal Courthouse
100 Federal Plaza
Central Islip, New York 11722

      Re:    *Pfail v. County of Nassau, et.al.*
               *Docket No.: CV-16-518 (JMA)(SIL)*

Dear Judge Azrack:

      As your records will reflect, we are the attorneys representing the Plaintiff in the above referenced matter. This letter is to respectfully request that discovery in this matter be stayed until the conclusion of the criminal matter, which is the subject of the Complaint in this matter. We have reached out to defense counsel Liora BenSorek, Esq., by email, but due to the lateness of the hour, have not received a response from counsel. We apologize to the Court and defense counsel for this last minute request.

      The underlying criminal matter, *People v. Pfail*, Indictment No.: 1502N-2010 is currently pending before the Honorable Meryl J. Berkowitz, in Nassau County Court, Mineola, New York County. Currently, pretrial hearings are on going, and, as of this writing no trial date has been set. This criminal prosecution relates to matters relating to the current civil action. Based on the foregoing, it is respectfully requested that discovery in the instant matter be stayed, and the conference scheduled for tomorrow, June 15, 2016 at 12:00 p.m., be adjourned.

      We thank the Court for its kind consideration.

                                                      Respectfully submitted,

                                                      FREDERICK K. BREWINGTON

cc:    Liora BenSorek, Esq. (via ecf)
FKB:pl