**BRUCE A. BLAKEMAN**
County Executive



**THOMAS A. ADAMS**
County Attorney

COUNTY OF NASSAU
OFFICE OF THE COUNTY ATTORNEY

April 25, 2022

**Via ECF**

Hon. Cheryl L. Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    Pfail v. County of Nassau, et al.
               CV-16-0518 (RRM) (CLP)

Dear Judge Pollak:

      Together with co-counsel Oscar Michelen and Leo Dorfman, the Nassau County Attorney's Office represents the municipal and individually named Defendants in the above-referenced matter, which is scheduled for a continued settlement conference tomorrow, April 26, 2022 at 10:45 a.m. (see 3/17/22 Minute Entry).

      The purpose of this letter is to request a two-week adjournment of the conference until either May 10th or 11th. Recognizing that Your Honor's Individual Rules requires that request for adjournments be filed at least 2 business days prior to the conference, I offer sincere apologies for this late request.

      Defendants' counsel had submitted an internal request for settlement authority in connection with tomorrow's scheduled conference and the matter is under consideration. The individual who would have the ultimate say is out of the office this week. The undersigned was out of the office last Friday and only learned of this a short while ago.

      Counsel for Plaintiff has consented to this application and all parties submit May 10th and 11th as proposed new dates.

      Once again, I apologize for the late notice and thank the Court for its consideration.

                                                               Respectfully submitted,

                                                               *Liora M. Ben-Sorek*
                                                                Liora M. Ben-Sorek
                                                                Deputy County Attorney

cc:    Counsel of Record (Via ECF)