UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
Brian Pfail,

                    Plaintiff,

    v.

County of Nassau, Nassau County Police
Department, Police Officer Joseph Massaro, in
his individual and official capacity, Police Officer
Jonathan Panuthos, in his individual and official
capacity, Police Officer Karen C. O'Brien, in her
individual and official capacity, Sergeant
Thomas Iannucci, in his individual and official
capacity, and John Does 1-10 in their individual
and official capacities,

                    Defendants.
------------------------------------------------------------------x

**VERDICT SHEET
(DAMAGES)
16-CV-518 (NRM) (CLP)**

## Compensatory Damages

1. Please state the total amount, if any, of compensatory damages that the plaintiff is entitled to recover.

$ __1.86 million__

## Punitive Damages

2(a). Do you choose to award punitive damages against Joseph Massaro?

    Yes __✓__    No _____

2(b). If you answered yes to question 2(a), please indicated in the space provided the amount of punitive damages to be awarded against Joseph Massaro. If you answered no to question 2(a), you may leave this space blank.

    $ __293,580__

3(a). Do you choose to award punitive damages against Jonathan Panuthos?

    Yes __✓__    No _____

3(b). If you answered yes to question 3(a), please indicated in the space provided the amount of punitive damages to be awarded against Jonathan Panuthos. If you answered no to question 3(a), you may leave this space blank.

    $ __293,580__

4(a). Do you choose to award punitive damages against Thomas Iannucci?

Yes ✓    No _____

4(b). If you answered yes to question 4(a), please indicated in the space provided the amount of punitive damages to be awarded against Thomas Iannucci. If you answered no to question 4(a), you may leave this space blank.

$ 293,580

5(a). Do you choose to award punitive damages against Karen C. O'Brien?

Yes ✓    No _____

5(b). If you answered yes to question 5(a), please indicated in the space provided the amount of punitive damages to be awarded against Karen C. O'Brien. If you answered no to question 5(a), you may leave this space blank.

$ 143,550

**You have finished your deliberations. Please have your foreperson sign and date this verdict form and inform the Court, with a written note, that you have reached a verdict.**

_[signature]_, Foreperson

Dated: May 29, 2025